■    In the Matter of the Claim of WALLACE F. TRAYNOR, Appellant, against PLATTSBURGH COOP. G. L. F. SERVICE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 617.]

■    In the Matter of MAYFLOWER DAIRY PRODUCTS, INC., Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion for an order resettling the order entered herein previously to allow appellant costs. Motion denied. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 627.]

■    DOROTHEA ACKER, Appellant, v. ALFRED AVEYARD, JR., Respondent.— Motion to amend decision of May 19, 1956 denied. In reversing the order on the facts as well as the law and directing a new trial, the court evaluated the record then before it on the weight of evidence and the decision does not require the Children's Court Judge on a new record to decide the case one way or the other. He is free to reach that conclusion based on his own judgment of what the new record may disclose. Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ., concur. [See ante, p. 633.]

■    In the Matter of the Claim of ALPHEUS HARRIGAN, Appellant, against NEW YORK CITY TRANSIT AUTHORITY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down June 14, 1956 is amended so as to provide claimant-appellant may have costs against the respondent, New York City Transit Authority. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ. [See 1 A D 2d 635.]